UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DANY JAWHARI,

Petitioner,

v.

Christopher LAROSE, Warden of Otay Mesa Detention Center; Markwayne MULLIN, Secretary, Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; Todd BLANCHE, Attorney; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Julie NELSON, Assistant Chief Immigration Judge for Executive Office for Immigration Review; OTAY MESA IMMIGRATION COURT; David VENTURELLA, Acting Director of Immigration and Customs Enforcement (ICE); IMMIGRATION AND CUSTOMS ENFORCEMENT; Patrick DIVVER, San Diego ICE Field Office Director,

Respondents.

Case No.: 26-cv-5995-JES-GC

**ORDER FOR SUPPLEMENTAL BRIEFING**

**[ECF No. 1]**

//

Before the Court is Petitioner Dany Jawhari's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on October 21, 2026. ECF No. 1. In its Order to Show Cause, the Court ordered Respondents to include all documents relevant to the determination of the issues raised in the Petition. *See* ECF No. 2 at 2. Respondents filed a Return on October 26, 2026, and Petitioner filed a Traverse on October 27, 2026. ECF Nos. 4 ("Return"), 5 ("Trav.").

Petitioner alleges he received a constitutionally inadequate bond hearing, yet neither party has provided the Court with a transcript or recording of that hearing. *See* Pet. ¶¶ 55–60; *see generally* Return, Trav. Finding it essential to the determination of the issues, the Court **ORDERS** the parties to provide a transcript or recording of the bond hearing for the Court's review, or other filing explaining the absence of a transcript or recording, no later than **Wednesday, November 4, 2026**.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases).

**IT IS SO ORDERED.**

Dated: October 30, 2026

Honorable James E. Simmons Jr.
United States District Judge